B23 (Official Form 23) (12/08)

```
                                    FILED
                              September 09, 2010
                              CLERK, U.S. BANKRUPTCY COURT
                              EASTERN DISTRICT OF CALIFORNIA
                              0002913831
```

**United States Bankruptcy Court**
**Eastern District of California**

IN RE:                                                          Case No. **2010-18118**

**Orlando, Paul Frank Jr.**                                      Chapter **7**
                        Debtor(s)

## DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7, chapter 11 in which § 1141(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

☑ I, **Paul Frank Orlando Jr.** _____ the debtor in the above-styled case, hereby certify
            (Printed Name of Debtor)

that on ___**September 8, 2010**___ *(Date)*, I completed an instructional course in personal financial management provided by

**Sage Personal Finance** _____ an approved personal financial management provider.
            (Name of Provider)

Certificate No. *(if any)*: **05781-CAE-DE-012262510**


☐ I, _____ the debtor in the above-styled case, hereby certify
            (Printed Name of Debtor)

that no personal financial management course is required because of *[Check the appropriate box.]*:

☐ Incapacity or disability, as defined in 11 U.S.C. § 109(h);

☐ Active military duty in a military combat zone; or

☐ Residence in a district in which the United States trustee *(or bankruptcy administrator)* has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.


Signature of Debtor: **/s/ Paul Frank Orlando Jr.**

Date: ___**September 9, 2010**___

---

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 45 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B23 (Official Form 23) (12/08)

# United States Bankruptcy Court
# Eastern District of California

IN RE:                                                                                                                Case No. **2010-18118**

**Orlando, Geneva Jessica**                                         Chapter **7**
                                   Debtor(s)

## DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7, chapter 11 in which § 1141(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

☑ I, **Geneva Jessica Orlando** _____ the debtor in the above-styled case, hereby certify
                 (Printed Name of Debtor)

that on   **September 8, 2010**   *(Date)*, I completed an instructional course in personal financial management provided by

**Sage Personal Finance** _____ an approved personal financial management provider.
           (Name of Provider)

Certificate No. *(if any)*: **05781-CAE-DE-012262575**

☐ I, _____ the debtor in the above-styled case, hereby certify
              (Printed Name of Debtor)

that no personal financial management course is required because of *[Check the appropriate box.]*:

☐ Incapacity or disability, as defined in 11 U.S.C. § 109(h);

☐ Active military duty in a military combat zone; or

☐ Residence in a district in which the United States trustee *(or bankruptcy administrator)* has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Debtor: **/s/ Geneva Jessica Orlando**

Date:   **September 9, 2010**

---

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 45 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)