```
                                                        2010-18118
                                                          FILED
                                                     October 08, 2010
                                                   CLERK, U.S. BANKRUPTCY COURT
                                                   EASTERN DISTRICT OF CALIFORNIA

                                                        0002986685
```

                    UNITED STATES BANKRUPTCY COURT
                     EASTERN DISTRICT OF CALIFORNIA

In re                                          Case No. 2010-18118
   Geneva Orlando & Paul Orlando

                    Debtor(s).
_____/

SECOND **ORDER ON DEBTOR(S)' APPLICATION FOR WAIVER OF**
   ☑ **THE CHAPTER 7 FILING FEE**   ☐ **AMENDMENT FEE**

Good cause appearing,

**IT IS ORDERED THAT** the application be:

☑ ~~GRANTED.~~

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[xx] **DENIED,** based on the following finding:

[xx] The income exceeds 150% of the applicable United States Department of Health and Human Services (DHHS) Poverty Guidelines.

[xx] Debtor(s) is/are not eligible for a fee waiver - 28 U.S.C. § 1930(f).

[xx] Other: The gross income on schedule I exceeds the waiver eligibility limit for a family of 5. The clerk has already issued an order approving installment payments.

☐ The clerk's office shall issue an Order Approving Payment of Filing Fee in Installments.

☐ **SCHEDULED FOR HEARING.**

The clerk's office shall schedule a hearing on the application to take place after the scheduled meeting of creditors and shall transmit a Notice of Hearing to debtor(s), debtor(s)' attorney, the chapter 7 trustee, and the United States Trustee.

~~Dated:~~ October 08, 2010

                                        /s/ W. Richard Lee
                                        W. Richard Lee
                                        United States Bankruptcy Judge

RECEIVED
October 08, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002986685